No. 280. STRICKLAND *v.* NORTH CAROLINA. Supreme Court of North Carolina. Certiorari denied. Petitioner *pro se.* *George B. Patton,* Attorney General of North Carolina, and *Harry W. McGalliard,* Assistant Attorney General, for respondent.

No. 281. MEREDITH *v.* JOHN DEERE PLOW Co. C. A. 8th Cir. Certiorari denied. Petitioner *pro se.* *Raymond A. Smith* for respondent.

No. 282. APUZZO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Robert S. Buttles* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 284. SCHAEFER *v.* GUNZBURG ET AL. C. A. 9th Cir. Certiorari denied. *Harold J. Sherman* for petitioner. *Guy Knupp* for respondents.

No. 285. WRIGHT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Frank S. Twitty* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 286. PROOF COMPANY *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. Certiorari denied. *Martin W. Bell* and *Henry B. Keiser* for petitioner. *Solicitor General Rankin, Jerome D. Fenton, Stephen Leonard, Dominick L. Manoli* and *William W. Watson* for respondent.